**Dismissal and Opinion Filed July 9, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00473-CV**

**JOSE CARLOS JIMENEZ, ET AL., Appellants**
**V.**
**CARROLLTON PARK II, LP, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-07336**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis
Opinion Per Curiam

The Court has before it appellants' June 18, 2013 unopposed notice to non-suit appeal.

We treat the notice as a motion to dismiss, **GRANT** the motion, and **DISMISS** this appeal. *See*

TEX. R. APP. P. 42.1(a).

PER CURIAM

130473F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOSE CARLOS JIMENEZ, ET AL., Appellants

No. 05-13-00473-CV      V.

CARROLLTON PARK II, LP, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. 11-07336.
Opinion delivered per curiam. Chief Justice Wright, Justice Lang-Miers and Justice Lewis sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CARROLLTON PARK II, LP recover its costs of this appeal from appellants JOSE CARLOS JIMENEZ, ET AL.

Judgment entered July 9, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–2–